DAYLE ELIESON
United States Attorney
KEVIN SCHIFF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES LEMUESE )<br>Defendant | Case No. 2:18-MJ-00841-NJK<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

      Attached hereto and expressly incorporated herein is a Modification Request for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by C.J. Kuipers, United States Pretrial Services Officer. I have reviewed the Modification Request and concur in the recommended action requested of the Court.

      Dated this 8th day of January 2019.

                                                              DAYLE ELIESON
                                                               United States Attorney

                                                     By    /S/
                                                               Kevin Schiff
                                                                Assistant U. S. Attorney

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. James Lemeuse                           Docket No. 2:18-MJ-00841-NJK

Petition for Action on Conditions of Pretrial Release

COMES NOW C.J. Kuipers, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, James Lemeuse, who was placed under pretrial release supervision by Your Honor on October 1, 2018, on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
3. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
4. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
5. The defendant shall refrain from any use of alcohol.
6. The defendant shall not enter the Lake Mead National Recreation Area while this case is pending.

**Respectfully presenting petition for action of Court and for cause as follows:**

The defendant tested positive for alcohol on November 19, 2018; November 20, 2018; November 22, 2018; November 23, 2018; November 24, 2018; November 25, 2018; and November 26, 2018. The defendant made a verbal admission to consuming alcohol on each of the above noted dates. The defendant stated that he is willing to participate in treatment services. Pretrial services contacted the Assistant U.S. Attorney as well as the defendant's defense counsel and neither have an objection to the modification of the defendant's release order to include a treatment condition.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S CONDITIONS OF RELEASE BE MODIFIED TO INCLUDE:**

1. The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if Pretrial Services or the supervising officer considers it advisable.

I declare under penalty of perjury that the information herein is true and correct. Executed on this 8th day of January 2019.

Respectfully Submitted,

_____
C.J. Kuipers
U.S. Pretrial Services Officer

Place: Las Vegas, Nevada

## ORDER

The Court ORDERS that Defendant James Lemeuse shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if Pretrial Services or the supervising officer considers such therapy and/or counseling advisable.

IT IS SO ORDERED.

DATED: January 8, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE