RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ERIN GETTEL
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Erin_Gettel@fd.org

Attorney for James Lemeuse

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:18-mj-00841-NJK |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing** |
| v. | (First Request) |
| James Lemeuse, | |
| Defendant. | |

The parties jointly request that this Court vacate the sentencing hearing currently scheduled for May 29, 2019, and reschedule it for June 19, 2019, at 9:00 a.m.

The parties enter into this stipulation because:

1. Defense counsel will be out of the district during the currently scheduled sentencing date.

2. Lemeuse is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. This is the first request for a continuance of the sentencing hearing.

DATED: May 9, 2019

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Kevin Schiff*<br>By_____<br>Kevin Schiff<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>James Lemeuse,<br><br>        Defendant. | Case No. 2:18-mj-00841-NJK<br><br>**Order Granting First Stipulation to Continue Sentencing Hearing** |

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing scheduled for May 29, 2019, is vacated and continued to June 19, 2019, at 9:00 a.m., in Courtroom 3D.

DATED this 9th of May, 2019.

_____
Nancy J. Koppe
United States Magistrate Judge